■ ANTHONY MASCARO et al., Respondents, v CHARLES HARDY et al., Appellants. [673 NYS2d 346] —Order unanimously affirmed with costs (*see, Holy Props. v Cole Prods.*, 87 NY2d 130). (Appeal from Order of Niagara County Court, Fricano, J.—Small Claims.) Present—Denman, P. J., Green, Pigott, Jr., Callahan and Fallon, JJ.